IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02544-BNB

MARIO ANTON LEE,

    Applicant,

v.

UNITED STATES OF AMERICA, and
CHARLES DANIELS, et al.,

    Respondents.

ORDER DISMISSING CASE

    Plaintiff, Mario Anton Lee, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at the United States Penitentiary, High Security, in Florence, Colorado.  Mr. Lee initiated this action by filing *pro se* an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1).  On October 7, 2013, Magistrate Judge Boyd N. Boland ordered Mr. Lee to cure certain deficiencies if he wished to pursue any claims in this Court in this action.  Mr. Lee has not cured the deficiencies in this action.  Instead, on October 28, 2013, Mr. Lee filed a motion titled "Motion-Petition Request for Withdrawal" (ECF No. 4) asking the Court to dismiss the instant action and return all submitted documents to him.

    Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Mr. Lee "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  No response has been filed by any Respondent in this action.  Therefore, the Court will

construe Mr. Lee's October 28 motion as a notice of voluntary dismissal. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507.

Mr. Lee's request for the return of his submitted documents will be denied. Applicant may obtain copies of the electronic documents filed in this action at a cost of $.50 per page paid in advance. Applicant must keep his own copies of any documents filed with the Court because the Court's electronic filing system does not allow the Court to maintain paper copies.

Accordingly, it is

ORDERED that the motion titled "Motion-Petition Request for Withdrawal" (ECF No. 4) that Applicant, Mario Anton Lee, filed *pro se* on October 28, 2013, is construed as a notice of voluntary dismissal. It is

FURTHER ORDERED that the instant action is dismissed without prejudice pursuant to Plaintiff's notice of voluntary dismissal. It is

FURTHER ORDERED that the voluntary dismissal is effective as of October 28, the date the notice of voluntary dismissal was filed in this action. It is

FURTHER ORDERED that Mr. Lee's request for the return of his documents submitted in this action is denied.  Applicant may obtain copies of the electronic documents filed in this action at a cost of $.50 per page paid in advance.

DATED at Denver, Colorado, this   31st   day of      October      , 2013.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court